Tillie Felgenhauer, appellant, v. Carl O. Helmer, appellee. Gen. No. 35,462.

Heard in the second division of this court for the first district at the October term, 1931. Opinion filed February 23, 1932.

Eugene Cohen, Murphy O. Tate, Werner W. Schroeder and Theodore W. Schroeder, for appellant. John A. Bloomingston, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Sigmund Loeffler, defendant in error, v. Fred Davis et al., plaintiffs in error. August Swarz, plaintiff in error. Gen. No. 35,296.

Heard in the first division of this court for the first district at the October term, 1931. Opinion filed February 29, 1932. Rehearing denied March 14, 1932.

August Swarz, pro se. A. A. Schwarzbach, for coplaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Toplis & Harding, Inc., plaintiff in error, v. K. W. Kempf, defendant in error. Gen. No. 35,390.

Heard in the first division of this court for the first district at the October term, 1931. Opinion filed February 29, 1932. Rehearing denied March 14, 1932.

Joseph A. Huston, for plaintiff in error; Joseph P. Brodie, of counsel. Watkins, Ten Hoor & Gilbert, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Joseph D. Cavanaugh, appellee, v. Lighthouse Barbecue & Oil Stations, Inc. et al., defendants, on appeal of Harry P. E. Hafer, appellant. Gen. No. 35,521.

Opinion filed February 29, 1932.

William L. Howard, for appellant. John Owen, for appellee; James C. O'Brien, Jr., of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.